JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID GREENSTEIN,                )          Case No. CV 07-146 DSF (RZx)
                   Plaintiff,    )
         v.                      )
                                 )          JUDGEMENT OF DISMISSAL
DAVID HASER, et al.              )
                   Defendants.   )
                                 )
                                 )
_____  )

        The Court having previously issued an Order to Show Cause re Dismissal and
Plaintiff having agreed the action should be dismissed,

        IT IS ORDERED AND ADJUDGED that the action be dismissed with
prejudice.


DATED:       January 23, 2009

                                        _____
                                        DALE S. FISCHER
                                        United States District Judge